IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIAN SCHWARTZMAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROGUE INTERNATIONAL TALENT | : | |
| GROUP, INC., et al., | : | No. 12-5255 |
| Defendants. | : | |

# ORDER

AND NOW, this **6th** day of **February, 2013**, upon consideration of the Receiver's Motion to Dismiss Defendant Roger Paul's Counterclaims, Defendant Roger Paul's response thereto, and for the reasons provided in this Court's Memorandum dated February 6, 2013, it is hereby **ORDERED** that the motion (Document No. 12) is **GRANTED**.

BY THE COURT:

*/s/ Berle M. Schiller*
**Berle M. Schiller, J.**