IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIAN SCHWARTZMAN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROGUE INTERNATIONAL TALENT | : | |
| GROUP, INC., et al., | : | No. 12-5255 |
| Defendants. | : | |

## ORDER AND JUDGMENT

**AND NOW**, this **3rd** day of **July, 2013**, upon consideration of the Plaintiff's Motion for Default Judgment Against Defendants Dustin Diamond and High Idea Corp., LLC, and for the reasons provided in this Court's Memorandum dated July 3, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 17) is **GRANTED**.

2. Judgment is entered in favor of Kamian Schwartzman, Receiver, and against Dustin Diamond and High Idea Corp., LLC for $40,000.

BY THE COURT:

/s/ Berle M. Schiller
**Berle M. Schiller, J.**