IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIAN SCHWARTZMAN, in his capacity as Receiver, | : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ROGUE INTERNATIONAL TALENT GROUP, INC. et al., Defendants. | : : : | No. 12-5255 |

**ORDER**

**AND NOW**, this **7th** day of **November**, **2013**, upon consideration of the Receiver's Motion for Default Judgment against Defendants Rogue International Talent Group, Inc., and Roger Paul, Inc., and for the reasons provided in this Court's Memorandum dated November 7, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 24) is **GRANTED**.

2. Judgment is entered in favor of Kamian Schwartzman, Receiver, and against Rogue International Talent Group, Inc., and Roger Paul, Inc., in the amount of $81,861.89.

BY THE COURT:

_____
**Berle M. Schiller, J.**