IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAMIAN SCHWARTZMAN, in his capacity as Receiver, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ROGUE INTERNATIONAL TALENT GROUP, INC., et al., Defendant. | : : : : | No. 12-5255 |

**ORDER**

**AND NOW**, this **13th** day of **August, 2014**, upon consideration of the Receiver's Motion for Summary Judgment, Defendant Roger Paul's Opposition, Defendant Roger Paul's Cross Motion to Dismiss, and the Receiver's Supplemental Statement of Undisputed Material Facts, it is hereby **ORDERED** that:

1. The Receiver's motion (Document No. 23) is **GRANTED in part** and **DENIED in part**, as follows:

    a. The Receiver's motion is **GRANTED** with respect to the Receiver's fraudulent transfer claim against Defendant Roger Paul in the amount of $61,411.55.

    b. The Receiver's motion is **DENIED as moot** with respect to the Receiver's fraudulent transfer claim against Rogue International Talent Group, Inc. ("Rogue") and Roger Paul, Inc. ("RPI").

    c. The Receiver's motion is **DENIED as moot** with respect to the Receiver's unjust enrichment and equitable accounting claims.

    d. The Receiver's motion is **DENIED** with respect to the Receiver's

      claim to pierce the corporate veils of Defendants Rogue and RPI to hold Defendant Roger Paul liable for the debts of those companies.

2. Defendant Roger Paul's motion (Document No. 28) is **DENIED**.

3. Judgment is entered in the Receiver's favor against Defendant Roger Paul in the amount of $61,411.55, plus pre- and post-judgment interest at the applicable legal rate and court costs.

4. A constructive trust is hereby imposed on Defendant Roger Paul's assets in the amount of $61,411.55, and Paul is enjoined from transferring or disposing of any assets pursuant to the Pennsylvania Uniform Fraudulent Transfer Act, 12 Pa. Cons. Stat. § 5107.

**BY THE COURT:**

**Berle M. Schiller, J.**